In the Matter of MAY'S FURS & READY TO WEAR, INC. (JOSEPH BERMAN).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOSEPH BERMAN, Appellant, against MAY'S FURS & READY TO WEAR, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JERRY J. VOGEL, Appellant, v. ANTHONY KORDULA and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ANTHONY J. SPECIALE, Respondent, for an Order Directing THEODORE P. ECONOMU, Appellant, to Proceed to Arbitration, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY FUTTERMAN and MYER FUTTERMAN, Respondents, v. VAN R. HALSEY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROYAL INDEMNITY COMPANY, Appellant, v. ABRAHAM HELLER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CECELIA JOHANSSON, Appellant, v. HOLGER JOHANSSON, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of LEONAFD BRONNER, as Stockholder in and Director of the 66 WEST TENTH STREET CORPORATION, Appellant, to Compel FRANK P. SILVERMAN, Respondent, and Others, as Officers and Directors, etc., to Call and Convene a Special Meeting of the Stockholders of Said Corporation, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET MCANENY, Respondent, v. MALEX REALTY CORPORATION, Defendant, Impleaded with 19 EAST 47TH STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.